# IN THE SUPREME COURT OF THE STATE OF NEVADA

THOMAS C. HILL, INDIVIDUALLY,
Appellant,
vs.
SERINA TULILI LEIATAUA,
INDIVIDUALLY,
Respondent.

No. 80048

THOMAS C. HILL, INDIVIDUALLY,
Appellant,
vs.
SERINA TULILI LEIATAUA,
INDIVIDUALLY,
Respondent.

No. 80101

**FILED**

FEB 2 8 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____ S Young
DEPUTY CLERK

## ORDER DISMISSING APPEALS

On February 12, 2020, appellant filed a letter[1] regarding notice of settlement in these two matters, which we elect to treat as a motion to dismiss these appeals. Cause appearing, the motion is granted, and these appeals are dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY _____

---

[1] Counsel for appellant is advised that the proper way to communicate with the court is by way of a formal motion, not by way of a letter. *See Weddell v. Stewart*, 127 Nev. 645, 652 n.8, 261 P.3d 1080, 1085 n.8 (2011).

20-08180

cc: Hon. Michael A. Cherry, Senior Justice
Hon. Nancy L. Allf, District Judge
Ara H. Shirinian, Settlement Judge
Bremer Whyte Brown & O'Meara, LLP/Las Vegas
Eric Blank Injury Attorneys
Eighth District Court Clerk